**█** In the Matter of the Accounting of SAMUEL FLASTERSTEIN et al., as Executors and Trustees of the Will of ANNA FLASTERSTEIN, Deceased, Respond-

ents. LEE M. T. FLASTERSTEIN, Appellant.— In a proceeding to compel an accounting in the estate of Anna Flasterstein, deceased, the petitioner appeals from an order of the Surrogate's Court, Kings County, dated April 6, 1960, which recalled a decision theretofore made on February 11, 1960, dismissing the petition, which adhered to and reaffirmed said decision, and which dismissed the petition. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.